# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Jorge Horacio Martinez Barra,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-03079-PHX-SHR (ASB)

**ORDER**

Petitioner challenged his present immigration detention, arguing he is improperly subjected to mandatory detention without a bond hearing. (Doc. 1.)  The Court directed Respondents to show cause why the Petition should not be granted.  (Doc. 4.)  Respondents' response stated:

> Respondents do not oppose Petitioner's request for a bond hearing at this time.

(Doc. 5.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition and granting a bond hearing.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED** to the extent it seeks a bond redetermination hearing. The Petition is otherwise denied.

**IT IS FURTHER ORDERED** Respondents must provide Petitioner a bond redetermination hearing within seven days or release Petitioner from custody under the

same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within three days of releasing Petitioner or providing him a bond hearing. **If applicable, that notice must include the result of the bond hearing.**

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 8th day of May, 2026.

Honorable Scott H. Rash
United States District Judge